IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| TEAMSTERS LOCAL 443 HEALTH SERVICES & INSURANCE PLAN, ST. PAUL ELECTRICAL CONSTRUCTION PENSION PLAN, ST. PAUL ELECTRICAL CONSTRUCTION WORKERS SUPPLEMENTAL PENSION PLAN (2014 RESTATEMENT) and RETIREMENT MEDICAL FUNDING PLAN FOR THE ST. PAUL ELECTRICAL WORKERS, §§§§§§§§§§§ | |
| Plaintiffs Below, Appellants, §§§ | No. 5, 2024 |
| v. §§ | Court Below—Court of Chancery of the State of Delaware |
| CENCORA, INC. (f/k/a AmerisourceBergen Corporation), §§§§§ | C.A. No. 2019-0816 |
| Nominal Defendant Below Appellee, §§§ | |
| v. §§ DENNIS M. NALLY, as the Special Litigation Committee of the Board of Directors of Cencora, Inc., (f/k/a AmerisourceBergen Corporation), §§§§§ | |
| Interested Party Below, Appellee. §§§ | |

Argued:   September 11, 2024
Decided:   September 20, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LeGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 20th day of September, 2024, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its November 17, 2023 Memorandum Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice